# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** Robert Lee Lookabaugh Jr.<br>Candace Lynn Lookabaugh<br>　　　　　　　　　**Debtor(s)** | **BK NO. 19-21213 GLT**<br><br>**Chapter 13** |
| **Toyota Lease Trust**<br>　　　　　　　　　**Movant**<br>　　vs.<br><br>**Robert Lee Lookabaugh Jr.**<br>**Candace Lynn Lookabaugh**<br>　　　　　　　　　**Debtor(s)**<br><br>**Ronda J. Winnecour**,　　　　　**Trustee** | **Related to Claim No. 30**<br>**Hearing: August 14, 2019 at 10:00 a.m.** |

## CERTIFICATE OF SERVICE OF
## DEFAULT ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## &
## CO-DEBTOR STAY

I, James C. Warmbrodt, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>August 5, 2019</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Robert Lee Lookabaugh Jr.
932 Evans City Road
Renfrew, PA 16053

Candace Lynn Lookabaugh
932 Evans City Road
Renfrew, PA 16053

<u>Attorney for Debtor(s)</u>
Dai Rosenblum, Esq.
254 New Castle Road, Ste B (VIA ECF)
Butler, PA 16001-2529

<u>Trustee</u>
Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first class mail

Dated: <u>August 5, 2019</u>

　　　　　　　　　　　　　　　　　　　　　**/s/  James C. Warmbrodt, Esquire**
　　　　　　　　　　　　　　　　　　　　　James C. Warmbrodt, Esquire
　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　　　412-430-3594