Response to Notice of Final Cure Payment - Supplement

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
### Pittsburgh DIVISION

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 19-21213-GLT |
| Debtor(s) | : | |
| | : | |
| Robert Lee Lookabaugh, Jr. | : | Chapter 13 |
| Candace Lynn Lookabaugh | : | |
| | : | Judge Gregory L. Taddonio |
| Ronda J. Winnecour | : | |
| Movant | : | |
| | : | |
| U.S. Bank National Association | : | |
| Respondent | | |

## RESPONSE TO INTERIM CURE NOTICE FILED ON: 03/03/2020

**Pursuant to Federal Bankruptcy Rule 3002.1(g), the Holder listed below is responding to the Notice of Final Cure Payment filed in the above referenced case.**

**Name of creditor:** U.S. Bank National Association     **Last four digits** of any number you use to identify the debtor's account:     Xxxxxx3610

### Part 1: Pre-Petition Arrears - Court claim no. (if known) #9  (Docket Entry #41)

☒  Creditor agrees that the debtor(s) has paid in full the amount required to cure the pre-petition default to be paid through the Chapter 13 Plan as of the date of the Trustee's cure notice.

☐  Creditor does not agree that the debtor(s) has paid in full the amount required to cure the pre-petition default to be paid through the Chapter 13 Plan as of the date of the Trustee's cure notice.

If Creditor disagrees:
Amount of pre-petition arrears due at filing: _____
Amount received from the Chapter 13 Trustee: _____

Pre-Petition arrears remaining due: _____

### Part 2: Sign Here

Print Name:  /s/ John Rafferty
Title:  Authorized Agent for U.S. Bank National Association
Company:  Bonial & Associates, P.C.

/s/ John Rafferty
_____
Signature

Address and telephone number:

    P. O. Box 9013
    Addison, TX 75001

03/11/2020
Date

Telephone:  (972) 643-6600     Email:  POCInquiries@ BonialPC.com

COS_Ver001_PSR                                                                                                    3214-n-8564

## CERTIFICATE OF SERVICE

I certify that the foregoing notice has been served electronically on the Debtor's Counsel and the Chapter 13 Trustee and has been mailed to Debtor at the following address on or before March 11, 2020

**Debtor**  *Via U.S. Mail*
Robert Lee Lookabaugh, Jr.
932 Evans City Road
Renfrew, PA 16053

**Co Debtor**  Via *U.S. Mail*
Candace Lynn Lookabaugh
932 Evans City Road
Renfrew, PA 16053

**Debtors' Attorney**
Dai Rosenblum
254 New Castle Road Suite B
Butler, PA 16001-2529

**Chapter 13 Trustee**
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Respectfully Submitted,

/s/ John Rafferty