IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Robert Lee Lookabaugh, Jr. and Candace Lynn Lookabaugh | : | Bankruptcy No. 19-21213-GLT |
| Debtor(s) | : | |
| | : | Chapter 13 |
| Lisa Cancanon | : | |
| Movant(s) | : | |
| | : | Related to Document No. 21 |
| v. | : | |
| No Respondent | : | |
| Respondent(s) | : | |

## MOTION FOR WITHDRAWAL OF APPEARANCE
## AND TERMINATION OF CM/ECF RECORD

AND NOW comes Lisa Cancanon, counsel to USAA Federal Savings Bank in the above-captioned case, and certifies to this Honorable Court that she (a) has satisfied the interest of her client USAA Federal Savings Bank in the above-captioned case, and (b) has informed and received the consent of USAA Federal Savings Bank to withdraw her appearance in the above-captioned case. Having so certified, and pursuant to W.PA.LBR 9010-2(b), Lisa Cancanon requests that this Honorable Court grant her request for leave for withdrawal of her appearance and termination of her CM/ECF record in this case.

Date: 7/6/2020        Movant/Attorney: /s/ Lisa Cancanon
                      Lisa Cancanon, Bar No. 323550
                      Weinstein & Riley, P.S.
                      11101 West 120th Ave, Ste 280
                      Broomfield, Colorado 80021
                      Phone: (303) 539-8607
                      Email: lisac@w-legal.com

## ORDER

Based on the foregoing Motion for Withdrawal of Appearance, and pursuant to W.PA.LBR 9010-2(b), it is hereby ORDERED that Lisa Cancanon is GRANTED leave to withdraw from the above-captioned case, and the Clerk shall terminate the corresponding CM/ECF attorney record in this case.

Date: _____                    _____
                                   United States Bankruptcy Judge

**PAWB Local Form 17  (07/13)**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2020, I served a copy of *MOTION FOR WITHDRAWAL OF APPEARANCE AND TERMINATION OF CM/ECF RECORD* on the following parties via first class mail or caused them to be served with a Notice of Electronic Filing.

Trustee via E-Filing
Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Debtor's Counsel via E-Filing
Dai Rosenblum
Jody@dairosenblumbankruptcy.com

U.S. Trustee via E-Filing
U.S. Trustee
ustpregion03.pi.ecf@usdoj.gov

Debtor via First-Class Mail
Robert Lee Lookabaugh, Jr. and
Candace Lynn Lookabaugh
932 Evans City Road
Renfrew, PA 16053

/s/ Jordyn Robertson
Jordyn Robertson
Weinstein & Riley, P.S.
2001 Western Avenue, Suite 400
Seattle, WA  98121
Phone: 206-269-3490