FILED
7/7/20 11:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Robert Lee Lookabaugh, Jr. and Candace Lynn Lookabaugh | : | Bankruptcy No. 19-21213-GLT |
| Debtor(s) | : | Chapter 13 |
| Lisa Cancanon | : | |
| Movant(s) | : | Related to Dkt. Nos. 21, 44 |
| v. | : | |
| No Respondent | : | |
| Respondent(s) | : | |

### MOTION FOR WITHDRAWAL OF APPEARANCE AND TERMINATION OF CM/ECF RECORD

AND NOW comes Lisa Cancanon, counsel to USAA Federal Savings Bank in the above-captioned case, and certifies to this Honorable Court that she (a) has satisfied the interest of her client USAA Federal Savings Bank in the above-captioned case, and (b) has informed and received the consent of USAA Federal Savings Bank to withdraw her appearance in the above-captioned case. Having so certified, and pursuant to W.PA.LBR 9010-2(b), Lisa Cancanon requests that this Honorable Court grant her request for leave for withdrawal of her appearance and termination of her CM/ECF record in this case.

Date: 7/6/2020         Movant/Attorney: /s/ Lisa Cancanon
                       Lisa Cancanon, Bar No. 323550
                       Weinstein & Riley, P.S.
                       11101 West 120th Ave, Ste 280
                       Broomfield, Colorado 80021
                       Phone: (303) 539-8607
                       Email: lisac@w-legal.com

### ORDER

Based on the foregoing Motion for Withdrawal of Appearance, and pursuant to W.PA.LBR 9010-2(b), it is hereby ORDERED that Lisa Cancanon is GRANTED leave to withdraw from the above-captioned case, and the Clerk shall terminate the corresponding CM/ECF attorney record in this case.

Date: July 7, 2020                     _____
                                        Gregory L. Taddonio          jah
                                        United States Bankruptcy Judge

PAWB Local Form 17  (07/13)

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-21213-GLT
Robert Lee Lookabaugh, Jr.                                              Chapter 13
Candace Lynn Lookabaugh
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: llea              Page 1 of 1              Date Rcvd: Jul 07, 2020
                               Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2020.
jdb         +Candace Lynn Lookabaugh,    932 Evans City Road,    Renfrew, PA 16053-9228
cr          +USAA Federal Savings Bank,   c/o Weinstein & Riley, P.S,   11101 West 120th Ave,   Suite 280,
             Broomfield, CO 80021-2756

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2020                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2020 at the address(es) listed below:
              Dai  Rosenblum    on behalf of Debtor Robert Lee Lookabaugh, Jr. Jody@dairosenblumbankruptcy.com,
               Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
              Dai  Rosenblum    on behalf of Joint Debtor Candace Lynn Lookabaugh
               Jody@dairosenblumbankruptcy.com,
               Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
              Dai  Rosenblum    on behalf of Plaintiff Candace Lynn Lookabaugh Jody@dairosenblumbankruptcy.com,
               Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
              James  Warmbrodt    on behalf of Creditor   Toyota Lease Trust bkgroup@kmllawgroup.com
              Lisa  Cancanon    on behalf of Creditor   USAA Federal Savings Bank lisac@w-legal.com
              Mario J. Hanyon    on behalf of Creditor   CITIMORTGAGE, INC. pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas  Song    on behalf of Creditor   CITIMORTGAGE, INC. pawb@fedphe.com
                                                                                             TOTAL: 9