FILED
10/2/20 11:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
Robert Lee Lookabaugh, Jr.                : Case No. 19-21213-GLT
Candace Lynn Lookabaugh         : Chapter 13
    Debtor(s)                                      :
Robert Lee Lookabaugh                    :
Candace Lynn Lookabaugh          : Related to Document #48 and 51
    Movant(s)                                     :
                                                         : Hearing: 9/30/20 at 9:00 a.m.
    vs.                                                :
                                                         :
Ronda J. Winnecour, Trustee         :
                                                         :
    Respondent(s)                              :

## ORDER OF COURT

AND NOW, THIS __2nd__ day of __October__, 20_20_, upon consideration of the MOTION FOR DISCHARGE OF DEBTORS UNDER 11 U.S.C. §1328(b) and responses thereto, it is hereby ORDERED that the Motion is denied.

Dated: 10/2/20

_____
U.S. Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Robert Lee Lookabaugh, Jr.  
Candace Lynn Lookabaugh  
    Debtor(s)

Case No. 19-21213-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: bsil | Page 1 of 3 |
| Date Rcvd: Oct 02, 2020 | Form ID: pdf900 | Total Noticed: 55 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert Lee Lookabaugh, Jr., 932 Evans City Road, Renfrew, PA 16053-9228 |
| jdb | + | Candace Lynn Lookabaugh, 932 Evans City Road, Renfrew, PA 16053-9228 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| cr | + | U.S. Bank National Association, P.O. Box 9013, Addison, TX 75001-9013 |
| cr | + | USAA Federal Savings Bank, c/o Weinstein & Riley, P.S, 11101 West 120th Ave, Suite 280, Broomfield, CO 80021-2756 |
| 15020263 | | American Express, P.O. Box 981535, El Paso, TX 79998-1535 |
| 15041983 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15020264 | + | Butler Medical Center, Agent Cashier 33T, 353 N. Duffy Road, Butler, PA 16001-1138 |
| 15041861 | + | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15065388 | + | CitiMortgage, Inc., c/o Cenlar FSB, Attention: BK Department, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 15064947 | + | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 15020266 | | Citimortgage Inc., P.O. Box 6243, Sioux Falls, SD 57117-6243 |
| 15020267 | | Collection Service Center Inc., P.O. Box 560, New Kensington, PA 15068-0560 |
| 15020275 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Macy's Visa, P.O. Box 8113, Mason, OH 45040-8113 |
| 15034576 | ++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180 address filed with court:, Ford Motor Credit Company LLC, P. O. Box 62180, Colorado Springs, CO 80962 |
| 15020271 | | First Bankcard/Sheetz, P.O. Box 2557, Omaha, NE 68103-2557 |
| 15020272 | | Ford Credit, P.O. Box 220564, Pittsburgh, PA 15257-2564 |
| 15020273 | + | Home Depot Credit Services, P.O. Box 790328, Saint Louis, MO 63179-0328 |
| 15020274 | + | Kubota Credit Card, 1000 Kubota Drive, Grapevine, TX 76051-2334 |
| 15053812 | + | Kubota Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15044154 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 15020284 | | Toyota Financial Services, P.O. Box 4102, Carol Stream, IL 60197-4102 |
| 15053332 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15163440 | | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15020285 | | Tractor Supply/CBNA, P.O. Box 6403, Sioux Falls, SD 57117-6403 |
| 15039024 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 15020286 | + | UPMC, P.O. Box 371472, Pittsburgh, PA 15250-7472 |
| 15064116 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15064150 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15048861 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, U.S. Bank National Association, c/o U.S. Bank Home Mortgage,, a division of U.S. Bank N.A., 4801 Frederica Street, Owensboro, Kentucky 42301 |
| 15020287 | + | US Bank Home Mortgage, 4801 Frederica Street, Owensboro, KY 42301-7441 |
| 15020288 | | US Dept. of Education, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 15020289 | + | USAA Federal Savings Bank, P.O. Box 33009, San Antonio, TX 78265-3009 |
| 15020290 | + | USAA Savings Bank, P.O. Box 33009, San Antonio, TX 78265-3009 |
| 15049989 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000 Raleigh, NC 27605 |
| 15020291 | | Wells Fargo Dealer Services, P.O. Box 25341, Santa Ana, CA 92799-5341 |

TOTAL: 36

| District/off: 0315-2 | User: bsil | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 02, 2020 | Form ID: pdf900 | Total Noticed: 55 |

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com  Oct 03 2020 02:09:58 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15020268 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 03 2020 02:11:42 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 15020269 | | Email/Text: mrdiscen@discover.com | Oct 03 2020 02:24:00 | Discover, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 15020270 | | Email/Text: mrdiscen@discover.com | Oct 03 2020 02:24:00 | Discover, P.O. Box 30943, Salt Lake City, UT 84130 |
| 15065311 | | Email/Text: bnc-quantum@quantum3group.com | Oct 03 2020 02:24:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15028007 | | Email/Text: mrdiscen@discover.com | Oct 03 2020 02:24:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15020265 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 03 2020 02:09:57 | Chase, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 15061848 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 03 2020 02:11:43 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15063829 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com  Oct 03 2020 02:09:58 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15022795 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 03 2020 02:09:56 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15020277 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 03 2020 02:09:57 | Synchrony Bank/Amazon, P.O. Box 965015, Orlando, FL 32896-5015 |
| 15020278 | | Email/PDF: gecsedi@recoverycorp.com | Oct 03 2020 02:09:56 | Synchrony Bank/BP, P.O. Box 965015, Orlando, FL 32896-5015 |
| 15020279 | | Email/PDF: gecsedi@recoverycorp.com | Oct 03 2020 02:13:23 | Synchrony Bank/Care Credit, P.O. Box 965036, Orlando, FL 32896-5036 |
| 15020280 | | Email/PDF: gecsedi@recoverycorp.com | Oct 03 2020 02:13:23 | Synchrony Bank/JC Penney, P.O. Box 965009, Orlando, FL 32896-5009 |
| 15020281 | | Email/PDF: gecsedi@recoverycorp.com | Oct 03 2020 02:13:23 | Synchrony Bank/Lowes, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 15020282 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 03 2020 02:11:39 | Synchrony Bank/Lowes, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15020283 | | Email/PDF: gecsedi@recoverycorp.com | Oct 03 2020 02:11:39 | Synchrony Bank/Walmart, P.O. Box 965024, Orlando, FL 32896-5024 |
| 15061859 | + | Email/Text: bncmail@w-legal.com | Oct 03 2020 02:25:00 | USAA Federal Savings Bank, C/O Weinstein & Riley, PS, 2001 Western Ave,, Suite 400, Seattle, WA 98121-3132 |
| 15057984 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 03 2020 02:10:02 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CITIMORTGAGE, INC. |
| cr | | Toyota Lease Trust |

15020276        ##+        Robert Lookabaugh, 7530 Eric Drive, Chattanooga, TN 37421-4102

TOTAL: 2 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2020              Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2020 at the address(es) listed below:**

**Name**              **Email Address**

Brian Nicholas
                      on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com

Dai Rosenblum
                      on behalf of Plaintiff Candace Lynn Lookabaugh Jody@dairosenblumbankruptcy.com
                      Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com

Dai Rosenblum
                      on behalf of Debtor Robert Lee Lookabaugh  Jr. Jody@dairosenblumbankruptcy.com,
                      Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com

Dai Rosenblum
                      on behalf of Joint Debtor Candace Lynn Lookabaugh Jody@dairosenblumbankruptcy.com
                      Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com

Mario J. Hanyon
                      on behalf of Creditor CITIMORTGAGE  INC. pawb@fedphe.com

Office of the United States Trustee
                      ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                      cmecf@chapter13trusteewdpa.com

Thomas Song
                      on behalf of Creditor CITIMORTGAGE  INC. pawb@fedphe.com

TOTAL: 8