FILED
12/3/20 7:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Robert Lee Lookabaugh, Jr. | : | Case No. 19-21213-GLT |
| Candace Lynn Lookabaugh | : | Chapter 13 |
| Debtor(s) | : | |
| Ronda J. Winnecour, Trustee | : | Related to Dkt. No. 59 |
| | : | Claim No. 11-2 |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| Toyota Lease Trust | : | |
| | : | |
| Respondent(s) | : | |

WITHDRAWAL OF TRUSTEE'S OBJECTION TO CLAIM NO. 11-2

The Objection to Claim No. 11-2 that was filed in the above-referenced case on October 16, 2020 (document #59) is hereby WITHDRAWN. The hearing scheduled for December 3, 2020 is CANCELLED.

Respectfully submitted

12/2/2020

/s/ Katherine DeSimone
Katherine DeSimone (PA I.D. #42575)
Attorney for the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
kdesimone@chapter13trusteewdpa.com

SO ORDERED
December 03, 2020

_____
GREGORY L. TADDONIO   jah
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-21213-GLT |
| Robert Lee Lookabaugh, Jr. | Chapter 13 |
| Candace Lynn Lookabaugh | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 1 of 2 |
| Date Rcvd: Dec 03, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Robert Lee Lookabaugh, Jr., Candace Lynn Lookabaugh, 932 Evans City Road, Renfrew, PA 16053-9228 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2020            Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com |
| Dai Rosenblum | on behalf of Joint Debtor Candace Lynn Lookabaugh Jody@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com |
| Dai Rosenblum | on behalf of Plaintiff Candace Lynn Lookabaugh Jody@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com |
| Dai Rosenblum | on behalf of Debtor Robert Lee Lookabaugh  Jr. Jody@dairosenblumbankruptcy.com, Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com |
| Keri P. Ebeck | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 2 of 2 |
| Date Rcvd: Dec 03, 2020 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor Toyota Lease Trust kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Mario J. Hanyon
    on behalf of Creditor CITIMORTGAGE  INC. mario.hanyon@brockandscott.com, wbecf@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor CITIMORTGAGE  INC. pawb@fedphe.com

TOTAL: 9