FILED
12/21/20 3:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- Debtor: ROBERT LEE & CANDACE LYNN LOOKABAUGH
- Case Number: 19-21213-GLT       Chapter: 13
- Date / Time / Room: THURSDAY, DECEMBER 17, 2020 09:30 AM   3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:**

#61 - Amended Plan Dated 10/19/2020 (FC)
R/M #: 61 / 0

**Appearances:**

Debtor: Rosenblum
Trustee: Winnecour / Pail / Katz / (DeSimone)
Creditor:

**Proceedings:**

Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to ____, effective ____.
7. ✓ Plan/Motion continued to 2-4-21 at 10:30.
8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by ____.
   Objections are due on or before ____.
   A hearing on the Amended Plan is set for ____ at ____.
9. ____ Contested Hearing: ____ at ____.
10. ✓ Other: continue for counsel to explore why clients are not paying.

12/8/2020  11:14:39AM