# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

FILED
2/8/21 12:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## Conciliation Conference:

- **Debtor:** ROBERT LEE & CANDACE LYNN LOOKABAUGH
- **Case Number:** 19-21213-GLT    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, FEBRUARY 04, 2021 10:30 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

## Matter:

#61 -- Continued Confirmation of Plan Dated 10/19/2020 (FC)
R / M #: 61 / 0

## Appearances:

Debtor: Rosenblum
Trustee: Winnecour / Pail / Katz / DeSimone    Warmbrodt
Creditor:

## Proceedings:

Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to ____, effective ____.
7. ____ Plan/Motion continued to ____ at ____.
8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by ____.
   Objections are due on or before ____.
   A hearing on the Amended Plan is set for ____ at ____.
9. ____ Contested Hearing: ____ at ____.
10. ✓ Other: will be filing mtn to convert to Ch 7

1/26/2021   9:38:59AM