**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: ) | |
| ) | |
| ROBERT LEE LOOKABAUGH, JR., AND ) | Case No: 19-21213-GLT |
| CANDACE LYNN LOOKABAUGH, ) | |
|     Debtors. ) | Chapter 13 |
| ) | |
| ROBERT LEE LOOKABAUGH, JR., AND ) | |
| CANDACE LYNN LOOKABAUGH, ) | |
|     Movant, ) | Related to Document No.: 75 |
| ) | |
| v. ) | Hearing Date: 03/10/2021 |
| ) | |
| RONDA J. WINNECOUR, Trustee, ) | Hearing Time: 9:00 AM |
| ) | |
|     Respondent. ) | Response Deadline: 03/01/2021 |

**CERTIFICATE OF NO OBJECTION REGARDING OBJECTION TO CLAIM**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Convert Case to Chapter 7 filed on February 12, 2021 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Convert Case to Chapter 7 appears thereon. Pursuant to the Notice of Hearing, objections to the Motion to Convert Case to Chapter 7 were to be filed and served no later than March 1, 2021.

It is hereby respectfully requested that the Order attached to the Motion to Convert Case to Chapter 7 be entered by the Court.

March 2, 2021

/s/ Dai Rosenblum
Dai Rosenblum, for the Debtors
254 New Castle Road, Suite B
Butler, PA  16001-2529
(724) 283-2900 PA ID No. 31802
dai@dairosenblumbankruptcy.com