| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Robert Lee Lookabaugh Jr.** | Social Security number or ITIN | xxx−xx−2107 |
| | First Name   Middle Name   Last Name | EIN | _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Candace Lynn Lookabaugh** | Social Security number or ITIN | xxx−xx−5902 |
| | First Name   Middle Name   Last Name | EIN | _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | Date case filed in chapter **13** | **3/28/19** |
| Case number: | **19−21213−GLT** | Date case converted to chapter **7** | **3/3/21** |

Official Form 309B (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case −− Proof of Claim Deadline Set**   12/15

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Robert Lee Lookabaugh Jr. | Candace Lynn Lookabaugh |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 932 Evans City Road<br>Renfrew, PA 16053 | 932 Evans City Road<br>Renfrew, PA 16053 |
| 4. | **Debtor's attorney**<br>Name and address | Dai Rosenblum<br>254 New Castle Road Suite B<br>Butler, PA 16001−2529 | Contact phone 724−283−2900<br><br>Email: Jody@dairosenblumbankruptcy.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Rosemary C. Crawford<br>Crawford McDonald, LLC.<br>P.O. Box 355<br>Allison Park, PA 15101 | Contact phone 724−443−4757<br><br>Email: crawfordmcdonald@aol.com |

**For more information, see page 2 >**

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case −− Proof of Claim Deadline Set**   page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 3/3/21 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 5, 2021 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**341 Meeting will be conducted by phone, please consult the docket or, case trustee for call information.** |
| **8.**            **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 6/4/21** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):**<br>**Deadline for governmental units to file a proof of claim:** | **Filing deadline: 5/12/21**<br><br>**Filing deadline: _____** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Robert Lee Lookabaugh, Jr.  
Candace Lynn Lookabaugh  
    Debtors

Case No. 19-21213-GLT  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: aala      Page 1 of 4  
Date Rcvd: Mar 03, 2021      Form ID: 309B      Total Noticed: 63

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert Lee Lookabaugh, Jr., Candace Lynn Lookabaugh, 932 Evans City Road, Renfrew, PA 16053-9228 |
| aty | + | Brian Nicholas, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| aty | + | Keri P. Ebeck, Bernstein-Burkley, 707 Grant Street, Suite 2200 Gulf Tower, Pittsburgh, PA 15219-1945 |
| aty | + | Mario J. Hanyon, Brock & Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| aty | + | Thomas Song, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| cr | + | USAA Federal Savings Bank, c/o Weinstein & Riley, P.S, 11101 West 120th Ave, Suite 280, Broomfield, CO 80021-2756 |
| 15020264 | + | Butler Medical Center, Agent Cashier 33T, 353 N. Duffy Road, Butler, PA 16001-1138 |
| 15041861 | + | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15065388 | + | CitiMortgage, Inc., c/o Cenlar FSB, Attention: BK Department, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 15020267 | | Collection Service Center Inc., P.O. Box 560, New Kensington, PA 15068-0560 |
| 15020271 | | First Bankcard/Sheetz, P.O. Box 2557, Omaha, NE 68103-2557 |
| 15020274 | + | Kubota Credit Card, 1000 Kubota Drive, Grapevine, TX 76051-2334 |
| 15053812 | + | Kubota Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15044154 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 15053332 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15039024 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 15020286 | + | UPMC, P.O. Box 371472, Pittsburgh, PA 15250-7472 |
| 15064116 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15064150 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15020288 | | US Dept. of Education, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 15049989 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000 Raleigh, NC 27605 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: Jody@dairosenblumbankruptcy.com | Mar 04 2021 00:11:00 | Dai Rosenblum, 254 New Castle Road Suite B, Butler, PA 16001-2529 |
| tr | + | EDI: BRCCRAWFORD.COM | Mar 04 2021 04:23:00 | Rosemary C. Crawford, Crawford McDonald, LLC., P.O. Box 355, Allison Park, PA 15101-0355 |
| smg | | EDI: PENNDEPTREV | Mar 04 2021 04:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 04 2021 00:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Mar 04 2021 04:23:00 | Pennsylvania Dept. of Revenue, Department |

Case 19-21213-GLT    Doc 87    Filed 03/05/21    Entered 03/06/21 00:40:10    Desc Imaged
                               Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: aala | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Mar 03, 2021 | Form ID: 309B | Total Noticed: 63 |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | | 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 04 2021 00:12:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Mar 04 2021 00:12:00 | Office of the United States Trustee, Liberty Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |
| cr | + | EDI: PRA.COM | Mar 04 2021 04:23:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | EDI: WFFC.COM | Mar 04 2021 04:23:00 | U.S. Bank National Association, P.O. Box 9013, Addison, TX 75001-9013 |
| 15020263 | | EDI: AMEREXPR.COM | Mar 04 2021 04:23:00 | American Express, P.O. Box 981535, El Paso, TX 79998-1535 |
| 15041983 | | EDI: BECKLEE.COM | Mar 04 2021 04:23:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15064947 | + | EDI: CITICORP.COM | Mar 04 2021 04:23:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 15020266 | | EDI: CITICORP.COM | Mar 04 2021 04:23:00 | Citimortgage Inc., P.O. Box 6243, Sioux Falls, SD 57117-6243 |
| 15020268 | | Email/PDF: creditonebknotifications@resurgent.com | Mar 04 2021 01:45:23 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 15020269 | | EDI: DISCOVER.COM | Mar 04 2021 04:23:00 | Discover, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 15020270 | | EDI: DISCOVER.COM | Mar 04 2021 04:23:00 | Discover, P.O. Box 30943, Salt Lake City, UT 84130 |
| 15020275 | | EDI: CITICORP.COM | Mar 04 2021 04:23:00 | Macy's Visa, P.O. Box 8113, Mason, OH 45040-8113 |
| 15065311 | | EDI: Q3G.COM | Mar 04 2021 04:23:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15028007 | | EDI: DISCOVER.COM | Mar 04 2021 04:23:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15034576 | | EDI: FORD.COM | Mar 04 2021 04:23:00 | Ford Motor Credit Company LLC, P. O. Box 62180, Colorado Springs, CO 80962 |
| 15020272 | | EDI: FORD.COM | Mar 04 2021 04:23:00 | Ford Credit, P.O. Box 220564, Pittsburgh, PA 15257-2564 |
| 15020273 | + | EDI: CITICORP.COM | Mar 04 2021 04:23:00 | Home Depot Credit Services, P.O. Box 790328, Saint Louis, MO 63179-0328 |
| 15020265 | | EDI: JPMORGANCHASE | Mar 04 2021 04:23:00 | Chase, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 15061848 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 04 2021 01:45:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15063829 | | EDI: PRA.COM | Mar 04 2021 04:23:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15022795 | + | EDI: RMSC.COM | Mar 04 2021 04:23:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15020277 | + | EDI: RMSC.COM | Mar 04 2021 04:23:00 | Synchrony Bank/Amazon, P.O. Box 965015, Orlando, FL 32896-5015 |
| 15020278 | | EDI: RMSC.COM | Mar 04 2021 04:23:00 | Synchrony Bank/BP, P.O. Box 965015, Orlando, |

Case 19-21213-GLT   Doc 87   Filed 03/05/21   Entered 03/06/21 00:40:10   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0315-2 | User: aala | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 03, 2021 | Form ID: 309B | Total Noticed: 63 |

| | | | | |
|---|---|---|---|---|
| | | | | FL 32896-5015 |
| 15020279 | | EDI: RMSC.COM | Mar 04 2021 04:23:00 | Synchrony Bank/Care Credit, P.O. Box 965036, Orlando, FL 32896-5036 |
| 15020280 | | EDI: RMSC.COM | Mar 04 2021 04:23:00 | Synchrony Bank/JC Penney, P.O. Box 965009, Orlando, FL 32896-5009 |
| 15020281 | | EDI: RMSC.COM | Mar 04 2021 04:23:00 | Synchrony Bank/Lowes, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 15020282 | + | EDI: RMSC.COM | Mar 04 2021 04:23:00 | Synchrony Bank/Lowes, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15020283 | | EDI: RMSC.COM | Mar 04 2021 04:23:00 | Synchrony Bank/Walmart, P.O. Box 965024, Orlando, FL 32896-5024 |
| 15020284 | | EDI: TFSR.COM | Mar 04 2021 04:23:00 | Toyota Financial Services, P.O. Box 4102, Carol Stream, IL 60197-4102 |
| 15163440 | | EDI: BL-BECKET.COM | Mar 04 2021 04:23:00 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15020285 | | EDI: CITICORP.COM | Mar 04 2021 04:23:00 | Tractor Supply/CBNA, P.O. Box 6403, Sioux Falls, SD 57117-6403 |
| 15048861 | | EDI: USBANKARS.COM | Mar 04 2021 04:23:00 | U.S. Bank National Association, c/o U.S. Bank Home Mortgage,, a division of U.S. Bank N.A., 4801 Frederica Street, Owensboro, Kentucky 42301 |
| 15020287 | + | EDI: USBANKARS.COM | Mar 04 2021 04:23:00 | US Bank Home Mortgage, 4801 Frederica Street, Owensboro, KY 42301-7441 |
| 15020289 | + | EDI: USAA.COM | Mar 04 2021 04:23:00 | USAA Federal Savings Bank, P.O. Box 33009, San Antonio, TX 78265-3009 |
| 15061859 | + | Email/Text: bncmail@w-legal.com | Mar 04 2021 00:12:00 | USAA Federal Savings Bank, C/O Weinstein & Riley, PS, 2001 Western Ave,, Suite 400, Seattle, WA 98121-3132 |
| 15020290 | + | EDI: USAA.COM | Mar 04 2021 04:23:00 | USAA Savings Bank, P.O. Box 33009, San Antonio, TX 78265-3009 |
| 15057984 | | EDI: AIS.COM | Mar 04 2021 04:23:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15020291 | | EDI: WFFC.COM | Mar 04 2021 04:23:00 | Wells Fargo Dealer Services, P.O. Box 25341, Santa Ana, CA 92799-5341 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CITIMORTGAGE, INC. |
| cr | | Toyota Lease Trust |
| cr | *+ | U.S. BANK NATIONAL ASSOCIATION, 14841 Dallas Parkway,Suite 425, Dallas, TX 75254-8067 |
| 15020276 | ##+ | Robert Lookabaugh, 7530 Eric Drive, Chattanooga, TN 37421-4102 |

TOTAL: 2 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

| | | |
|---|---|---|
| District/off: 0315-2 | User: aala | Page 4 of 4 |
| Date Rcvd: Mar 03, 2021 | Form ID: 309B | Total Noticed: 63 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2021         Signature:         /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2021 at the address(es) listed below:**

**Name**            **Email Address**

Brian Nicholas
on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com

Dai Rosenblum
on behalf of Plaintiff Candace Lynn Lookabaugh Jody@dairosenblumbankruptcy.com
Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com

Dai Rosenblum
on behalf of Debtor Robert Lee Lookabaugh Jr. Jody@dairosenblumbankruptcy.com,
Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com

Dai Rosenblum
on behalf of Joint Debtor Candace Lynn Lookabaugh Jody@dairosenblumbankruptcy.com
Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com

Keri P. Ebeck
on behalf of Creditor Toyota Lease Trust kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Mario J. Hanyon
on behalf of Creditor CITIMORTGAGE  INC. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Rosemary C. Crawford
crawfordmcdonald@aol.com  PA68@ecfcbis.com

Thomas Song
on behalf of Creditor CITIMORTGAGE  INC. pawb@fedphe.com

TOTAL: 10