FILED
3/3/21 11:02 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No 19-21213-GLT |
| | : | |
| **ROBERT LEE LOOKABAUGH, JR.** and **CANDACE LYNN LOOKABAUGH,** | : | Related to Dkt. No. 75 |
| | : | |
| *Debtors,* | : | Hearing: **April 8, 2021 at 11:00 a.m.** |
| | : | Response due: **March 31, 2021** |

### ORDER CONVERTING CASE UNDER CHAPTER 13 TO CASE UNDER CHAPTER 7, SETTING DEADLINES, SCHEDULING STATUS CONFERENCE, AND TERMINATING WAGE ATTACHMENT

The Debtors filed a motion to convert their chapter 13 case in accordance with 11 U.S.C. §1307(a) to a case under chapter 7 of title 11 of the U.S. Code.

Based upon the foregoing, it hereby is **ORDERED, ADJUDGED,** and **DECREED** that:

1. On or before **March 31, 2021**, any party-in-interest who challenges the good faith of the conversion shall file a motion setting forth the basis of the challenge and specifically identifying the relief requested.

2. The wage attachments issued in this case are immediately terminated. The Debtors shall serve a copy of this order on the employers.

3. On or before **March 17, 2021**, the Debtors shall file a schedule of all unpaid debts incurred after the commencement of the chapter 13 case and before conversion as required by Fed. R. Bankr. P. 1019(5)(B)(i).

4. On or before **March 17, 2021**, the Debtors shall file the statements and schedules required by Fed. R. Bankr. P. 1019(1)(A) and 1007(b), if such documents have not already been filed.

5. On or before **April 2, 2021**, the Debtors shall file a statement of intention with respect to the retention or surrender of estate property securing a debt, as required by 11 U.S.C. §521(a)(2) and Fed. R. Bankr. P. 1019(1)(B) and conforming to Official Form 8.

6. The chapter 13 trustee shall immediately turn over to the chapter 7 trustee all records and property of the estate remaining in her custody and control, as required by Fed. R. Bankr. P. 1019(4), except that any remaining funds that do not constitute property of the chapter 7 estate shall be returned to the Debtors.

7. On or before **May 3, 2021**, the chapter 13 trustee shall file an accounting of all receipts and distributions made using UST Form 13-FR-S: Chapter 13 Trustee's Final Report and Account. Once the she has done so, the chapter 13 trustee is discharged from her duties in this case. The Court retains jurisdiction over the final report and account.

8. If the case is converted after the confirmation of a plan, then on or before **April 2, 2021**, the Debtors shall file:

    a. A schedule of all property not listed in the final report and account of the chapter 13 trustee which was acquired after the commencement of the chapter 13 case but before the entry of this conversion order, as required by FED. R. BANKR. P. 1019(5)(C)(i);

    b. A schedule of unpaid debts not listed in the chapter 13 trustee's final report and account, as required by FED. R. BANKR. P. 1019(5)(C)(ii); and

    c. A schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the chapter 13 case but before the entry of this conversion order, as required by FED. R. BANKR. P. 1019(5)(C)(iii).

    The schedule of claimants under subsection (b) of this paragraph shall be filed by entering additional claimants into the CM/ECF system via "Creditor Maintenance." A list of said claimants shall be attached to the FED. R. BANKR. P. 1019 Report.

9. If the Debtors fail to timely file the documents required by this *Order* and FED. R. BANKR. P. 1019, a status conference shall be held on **April 8, 2021 at 11:00 a.m.** before Judge Taddonio by Zoom Video Conference Hearing, to determine whether additional measures are necessary to compel compliance.

10. The hearing will be held via Zoom video conference. All parties wishing to appear at the Video conference Hearing must pre-register by submitting a registration form via the link published on Judge Taddonio's website (which can be found at by no later than http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) no later than **4 p.m.** on the business day prior to the scheduled hearing. All counsel and parties participating by video conference shall comply with Judge Taddonio's *Modified Procedures for Remote Participation* (effective October, 1, 2020), (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc-appearances.pdf.)

11. The Clerk of Court shall send the notice required by FED. R. BANKR. P. 1019(6). If the report and schedules per paragraphs 3, 8(b), and 8(c) of this *Order* are filed in time for the Clerk to include postpetition creditors in the § 341 notice mailing, the Clerk shall include them in that mailing. Otherwise, the Clerk shall send the notice required by FED. R. BANKR. P. 1019(6) **within ten days of the filing of the report and schedules**.

12. On or before **April 19, 2021**, all chapter 13 fee petitions by any professional shall be filed. Any fee petition shall be captioned "Chapter 13 Fee Petition in Converted Case," and its hearing shall be self-scheduled on Judge Taddonio's chapter 13 motions calendar.

13. On or before **March 8, 2021**, counsel for the Debtors shall serve a copy of this *Order* on all creditors in the case and file a Certificate of Service.

Dated:  March 3, 2021

_____
GREGORY L. TADDONIO jah
UNITED STATES BANKRUTPCY JUDGE

Case administrator to mail to:
Debtors
Dai Rosenblum, Esq.
Ronda J. Winnecour, Esq.
Office of the U.S. Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-21213-GLT
Robert Lee Lookabaugh, Jr.  Chapter 7
Candace Lynn Lookabaugh
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: aala     Page 1 of 2
Date Rcvd: Mar 03, 2021     Form ID: pdf900     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Robert Lee Lookabaugh, Jr., Candace Lynn Lookabaugh, 932 Evans City Road, Renfrew, PA 16053-9228 |
| | + Ronda J. Winnecour, Esq., 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219-2702 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 05, 2021      Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2021 at the address(es) listed below:

**Name**     **Email Address**

Brian Nicholas
    on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com

Dai Rosenblum
    on behalf of Debtor Robert Lee Lookabaugh  Jr. Jody@dairosenblumbankruptcy.com, Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com

Dai Rosenblum
    on behalf of Joint Debtor Candace Lynn Lookabaugh Jody@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com

Dai Rosenblum
    on behalf of Plaintiff Candace Lynn Lookabaugh Jody@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com

District/off: 0315-2       User: aala       Page 2 of 2
Date Rcvd: Mar 03, 2021    Form ID: pdf900  Total Noticed: 2

Keri P. Ebeck
    on behalf of Creditor Toyota Lease Trust kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Mario J. Hanyon
    on behalf of Creditor CITIMORTGAGE  INC. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Rosemary C. Crawford
    crawfordmcdonald@aol.com  PA68@ecfcbis.com

Thomas Song
    on behalf of Creditor CITIMORTGAGE  INC. pawb@fedphe.com


TOTAL: 10