# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) |
| ROBERT LEE LOOKABAUGH, JR., and | ) Case No: 13-22144-JAD |
| CANDACE LYNN LOOKABAUGH, | ) |
|     Debtors. | ) |
| | ) Chapter 7 |
| ROBERT LEE LOOKABAUGH, JR., and | ) |
| CANDACE LYNN LOOKABAUGH, | ) |
|     Movants, | ) Document No.: 92 |
| | ) |
| v. | ) |
| | ) |
| NO RESPONDENT. | ) |

**SCHEDULE OF ALL UNPAID DEBTS INCURRED AFTER COMMENCEMENT OF CHAPTER 13 CASE AND BEFORE CONVERSION**

Verizon Wireless
P.O. Box 15124
Albany, NY 12212-5124

March 10, 2021                    Respectfully submitted,

   /s/Dai Rosenblum,Esq.
Dai Rosenblum, Esquire
Suite B, 254 New Castle Road
Butler, PA 16001-2529
724-283-2900    Pa. ID# 31802
dai@dairosenblumbankruptcy.com

## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| ROBERT LEE LOOKABAUGH, JR., and CANDACE LYNN LOOKABAUGH, Debtors. | ) Case No: 13-22144-JAD ) ) ) Chapter 7 |
| ROBERT LEE LOOKABAUGH, JR., and CANDACE LYNN LOOKABAUGH, Movants, | ) ) ) Document No.: 92 |
| v. | ) |
| NO RESPONDENT. | ) |

**<u>SCHEDULE OF ALL EXECUTORY CONTRACTS ENTERED INTO AFTER COMMENCEMENT OF CHAPTER 13 CASE AND BEFORE CONVERSION</u>**

NONE

March 10, 2021

Respectfully submitted,

 /s/Dai Rosenblum,Esq.
Dai Rosenblum, Esquire
Suite B, 254 New Castle Road
Butler, PA 16001-2529
724-283-2900    Pa. ID# 31802
dai@dairosenblumbankruptcy.com

**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | ) |
| | ) |
| ROBERT LEE LOOKABAUGH, JR., and | ) Case No: 13-22144-JAD |
| CANDACE LYNN LOOKABAUGH, | ) |
|     Debtors. | ) |
| | ) Chapter 7 |
| ROBERT LEE LOOKABAUGH, JR., and | ) |
| CANDACE LYNN LOOKABAUGH, | ) |
|     Movants, | ) Document No.: 92 |
| | ) |
| v. | ) |
| | ) |
| NO RESPONDENT. | ) |

**<u>SCHEDULE OF ALL NEW PROPERTY ACQUIRED AFTER COMMENCEMENT OF CHAPTER 13 CASE AND BEFORE CONVERSION</u>**

NONE

March 10, 2021

                              Respectfully submitted,

                              /s/Dai Rosenblum,Esq.
                              Dai Rosenblum, Esquire
                              Suite B, 254 New Castle Road
                              Butler, PA 16001-2529
                              724-283-2900    Pa. ID# 31802
                              dai@dairosenblumbankruptcy.com