**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | ) |
| | ) |
| ROBERT LEE LOOKABAUGH, JR., and | ) Case No: 19-21213-GLT |
| CANDACE LYNN LOOKABAUGH, | ) |
|     Debtors. | ) |
| | ) Chapter 7 |
| ROBERT LEE LOOKABAUGH, JR., and | ) |
| CANDACE LYNN LOOKABAUGH, | ) |
|     Movants, | ) Document No.: 92 |
| | ) |
| v. | ) |
| | ) |
| NO RESPONDENT. | ) |

**SCHEDULE OF ALL UNPAID DEBTS INCURRED AFTER COMMENCEMENT OF
CHAPTER 13 CASE AND BEFORE CONVERSION**

Verizon Wireless
P.O. Box 15124
Albany, NY 12212-5124


March 12, 2021				Respectfully submitted,

					 /s/Dai Rosenblum,Esq.
					Dai Rosenblum, Esquire
					Suite B, 254 New Castle Road
					Butler, PA 16001-2529
					724-283-2900     Pa. ID# 31802
					dai@dairosenblumbankruptcy.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: ) | |
| ) | |
| ROBERT LEE LOOKABAUGH, JR., and ) | Case No: 19-21213-GLT |
| CANDACE LYNN LOOKABAUGH, ) | |
|     Debtors. ) | |
| ) | Chapter 7 |
| ROBERT LEE LOOKABAUGH, JR., and ) | |
| CANDACE LYNN LOOKABAUGH, ) | |
|     Movants, ) | Document No.: 92 |
| ) | |
|     v. ) | |
| ) | |
| NO RESPONDENT. ) | |

**SCHEDULE OF ALL EXECUTORY CONTRACTS ENTERED INTO AFTER COMMENCEMENT OF CHAPTER 13 CASE AND BEFORE CONVERSION**

NONE

March 12, 2021

Respectfully submitted,

 /s/Dai Rosenblum,Esq.
Dai Rosenblum, Esquire
Suite B, 254 New Castle Road
Butler, PA 16001-2529
724-283-2900    Pa. ID# 31802
dai@dairosenblumbankruptcy.com

**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | ) |
| | ) |
| ROBERT LEE LOOKABAUGH, JR., and | ) Case No: 19-21213-GLT |
| CANDACE LYNN LOOKABAUGH, | ) |
|     Debtors. | ) |
| | ) Chapter 7 |
| ROBERT LEE LOOKABAUGH, JR., and | ) |
| CANDACE LYNN LOOKABAUGH, | ) |
|     Movants, | ) Document No.: 92 |
| | ) |
| v. | ) |
| | ) |
| NO RESPONDENT. | ) |

**SCHEDULE OF ALL NEW PROPERTY ACQUIRED AFTER COMMENCEMENT OF CHAPTER 13 CASE AND BEFORE CONVERSION**

NONE

March 12, 2021

Respectfully submitted,

  /s/Dai Rosenblum,Esq.
Dai Rosenblum, Esquire
Suite B, 254 New Castle Road
Butler, PA 16001-2529
724-283-2900    Pa. ID# 31802
dai@dairosenblumbankruptcy.com