**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: ) | |
| ) | |
| ROBERT LEE LOOKABAUGH, JR., and ) | Case No: 19-21213-GLT |
| CANDACE LYNN LOOKABAUGH, ) | |
|     Debtors. ) | |
| ) | Chapter 7 |
| ROBERT LEE LOOKABAUGH, JR., and ) | |
| CANDACE LYNN LOOKABAUGH, ) | |
|     Movants, ) | Related to Document No.: 81, 90, 91, 93, 93 |
| ) | |
|     v. ) | |
| ) | |
| NO RESPONDENT. ) | |

**CERTIFICATE OF SERVICE OF ORDER CONVERTING CASE TO CHAPTER 7, NOTICE REGARDING MODIFICATION TO MAILING MATRIX, STATEMENT OF INTENT, SCHEDULES REQUIRED BY RULE 1019, AND AMENDED DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTORS**

    I, Dai Rosenblum, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses on specified below, on March 10, 2021. The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was partly by first class United States mail and partly by electronic notification.

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

*Service by First-Class Mail:*

Ronald G. Brice
153 Sunset Street
Ford City, PA 16226

American Express
P.O. Box 981535
El Paso, TX 79998-1535

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Butler Medical Center
Agent Cashier 33T
353 N. Duffy Road
Butler, PA 16001-1139

Chase
P.O. Box 15298
Wilmington, DE 19850-5298

Chase Bank USA, N.A.
c/o Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487

Citibank, N.A.
701 East 60th Street North
Sioux Falls, SD 57117

Citimortgage Inc.
P.O. Box 6243
Sioux Falls, SD 57117-6243

CitiMortgage, Inc.
c/o Cenlar FSB
Attention: BK Department
425 Phillips Blvd.
Ewing, NJ 08618

Collection Service Center Inc.
P.O. Box 560
New Kensington, PA 15068-0560

Credit One Bank
PO Box 98873
Las Vegas, NV 89193-8873

Department Stores National Bank
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA 98083-0657

Discover
P.O. Box 15316
Wilmington, DE 19850-5316

Discover
P.O. Box 30943
Salt Lake City, UT 84130

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

First Bankcard/Sheetz
P.O. Box 2557
Omaha, NE 68103-2557

First National Bank of Omaha
1620 Dodge St., Stop Code 3105
Omaha, NE 68197

Ford Credit
P.O. Box 220564
Pittsburgh, PA 15257-2564

Ford Motor Credit Company LLC
P. O. Box 62180
Colorado Springs, CO 80962

Home Depot Credit Services
P.O. Box 790328
Saint Louis, MO 63179

Kubota Credit Card
1000 Kubota Drive
Grapevine, TX 76051

Kubota Credit Corporation
PO Box 9013
Addison, Texas 75001

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Macy's Visa
P.O. Box 8113
Mason, OH 45040-8113

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

Robert Lookabaugh
7530 Eric Drive
Chattanooga, TN 37421

Synchrony Bank
c/o of PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Synchrony Bank/Amazon
P.O. Box 965015
Orlando, FL 32896

Synchrony Bank/BP
P.O. Box 965015
Orlando, FL 32896-5015

Synchrony Bank/Care Credit
P.O. Box 965036
Orlando, FL 32896-5036

Synchrony Bank/JC Penney
P.O. Box 965009
Orlando, FL 32896-5009

Synchrony Bank/Lowes
P.O. Box 965005
Orlando, FL 32896

Synchrony Bank/Lowes
P.O. Box 530914
Atlanta, GA 30353-0914

Synchrony Bank/Walmart
P.O. Box 965024
Orlando, FL 32896-5024

Toyota Financial Services
P.O. Box 4102
Carol Stream, IL 60197-4102

Toyota Lease Trust
c/o Toyota Motor Credit Corporation
PO Box 9013
Addison, Texas 75001

Toyota Lease Trust
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Tractor Supply/CBNA
P.O. Box 6403
Sioux Falls, SD 57117-6403

U.S. Bank National Association
c/o U.S. Bank Home Mortgage,
a division of U.S. Bank N.A.
4801 Frederica Street
Owensboro, Kentucky 42301

U.S. BANK NATIONAL ASSOCIATION
14841 Dallas Pkwy Suite 425
Dallas, TX 75254

U.S. Bank National Association
P.O. Box 9013
Addison, TX 75001

USAA Federal Savings Bank
c/o Weinstein & Riley, P.S
11101 West 120th Ave
Suite 280
Broomfield, CO 80021

U.S. Department of Education
c/o FedLoan Servicing
P.O. Box 69184
Harrisburg, PA 17106-9184

UPMC
P.O. Box 371472
Pittsburgh, PA 15250

UPMC Health Services
PO Box 1123
Minneapolis, MN 55440-1123

UPMC Physician Services
PO Box 1123
Minneapolis, MN 55440-1123

US Bank Home Mortgage
4801 Frederica Street
Owensboro, KY 42301

US Dept. of Education
P.O. Box 69184
Harrisburg, PA 17106-9184

USAA Federal Savings Bank
P.O. Box 33009
San Antonio, TX 78265

USAA Federal Savings Bank
C/O Weinstein & Riley, PS
2001 Western Ave,
Suite 400
Seattle, WA 98121

USAA Savings Bank
P.O. Box 33009
San Antonio, TX 78265

Verizon
by American InfoSource as agent
PO Box 4457
Houston, TX 77210-4457

Wells Fargo Bank N.A., d/b/a Wells Fargo Auto
PO Box 130000
Raleigh, NC 27605

Wells Fargo Dealer Services
P.O. Box 25341
Santa Ana, CA 92799-5341

*Service by Electronic Notification (via Notice of Electronic Filing, and via direct e-mail if indicated):*

**Rosemary C. Crawford, Trustee**
crawfordmcdonald@aol.com

**Office of the United States Trustee**
ustpregion03.pi.ecf@usdoj.gov

**Keri P. Ebeck**
**Toyota Lease Trust**
kebeck@bernsteinlaw.com

**Brian Nicholas**
**Toyota Lease Trust**
bnicholas@kmllawgroup.com

**Thomas Song**
**CITIMORTGAGE, INC.**
pawb@fedphe.com

**Mario J. Hanyon**
**CITIMORTGAGE, INC.**
wbecf@brockandscott.com

Executed on: March 12, 2021

 /s/ Dai Rosenblum, Esq.
Dai Rosenblum, Esquire
Suite B, 254 New Castle Road
Butler, PA 16001-2529
724-283-2900    Pa. ID# 31802
dai@dairosenblumbankruptcy.com