**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | ) |
| | ) |
| ROBERT LEE LOOKABAUGH, JR., and | ) Case No: 19-21213-GLT |
| CANDACE LYNN LOOKABAUGH, | ) |
|     Debtors. | ) |
| | ) Chapter 7 |
| ROBERT LEE LOOKABAUGH, JR., and | ) |
| CANDACE LYNN LOOKABAUGH, | ) |
|     Movants, | ) Related to Document No.: 84, 92 |
| | ) |
| v. | ) |
| | ) |
| NO RESPONDENT. | ) |

## CERTIFICATE OF SERVICE OF NOTICE OF MEETING OF CREDITORS TO ALL NEW CREDITORS ON RULE 1019 DOCUMENTS

    I, Dai Rosenblum, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses on specified below, on March 10, 2021. The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was partly by first class United States mail and partly by electronic notification.

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

***Service by First-Class Mail:***

**Verizon Wireless**
P.O. Box 15124
Albany, NY 12212-5124

Executed on: March 12, 2021

__/s/_Dai_Rosenblum,_Esq.___
Dai Rosenblum, Esquire
Suite B, 254 New Castle Road
Butler, PA 16001-2529
724-283-2900     Pa. ID# 31802
dai@dairosenblumbankruptcy.com