**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ROBERT LEE LOOKABAUGH, JR.<br>CANDACE LYNN LOOKABAUGH<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　　　　Movant<br>　　　vs.<br>No Respondents. | Case No.:19-21213 GLT<br><br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/28/2019 and confirmed on 05/09/2019. The case was subsequently   (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 51,907.06 |
| Less Refunds to Debtor | 19.49 | |
| TOTAL AMOUNT OF PLAN FUND | | 51,887.57 |
| | | |
| Administrative Fees | | |
| 　Filing Fee | 0.00 | |
| 　Notice Fee | 0.00 | |
| 　Attorney Fee | 3,000.00 | |
| 　Trustee Fee | 2,487.12 | |
| 　Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,487.12 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| 　CITIMORTGAGE INC**<br>　　Acct: 2439 | 0.00 | 0.00 | 0.00 | 0.00 |
| 　KUBOTA CREDIT CORP (USA)<br>　　Acct: 4319 | 4,580.98 | 4,130.00 | 0.00 | 4,130.00 |
| 　US BANK NA<br>　　Acct: 3610 | 0.00 | 20,036.86 | 0.00 | 20,036.86 |
| 　USAA FSB<br>　　Acct: 6096 | 0.00 | 0.00 | 0.00 | 0.00 |
| 　US BANK NA<br>　　Acct: 3610 | 50.67 | 50.67 | 0.00 | 50.67 |
| 　FORD MOTOR CREDIT COMPANY LLC(*)<br>　　Acct: 3568 | 8,764.27 | 8,764.27 | 125.54 | 8,889.81 |
| 　WELLS FARGO BANK NA D/B/A WELLS FA<br>　　Acct: 1040 | 15,951.17 | 9,241.41 | 660.83 | 9,902.24 |
| | | | | 43,009.58 |
| **Priority** | | | | |
| 　DAI ROSENBLUM ESQ<br>　　Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| ROBERT LEE LOOKABAUGH, JR.<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| TOYOTA LEASE TRUST<br>Acct: 5660 | 0.00 | 0.00 | 0.00 | 0.00 |
| DAI ROSENBLUM ESQ<br>Acct: | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| ROBERT LEE LOOKABAUGH, JR.<br>Acct: | 19.49 | 19.49 | 0.00 | 0.00 |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| AMERICAN EXPRESS NATIONAL BANK<br>Acct: 1004 | 1,986.71 | 16.66 | 0.00 | 16.66 |
| BUTLER MEDICAL CENTER<br>Acct: OOKA | 0.00 | 0.00 | 0.00 | 0.00 |
| CHASE BANK USA NA(*)<br>Acct: 4136 | 4,674.14 | 39.19 | 0.00 | 39.19 |
| CHASE BANK USA NA(*)<br>Acct: 1050 | 3,558.32 | 29.84 | 0.00 | 29.84 |
| COLLECTION SERVICE CENTER INC<br>Acct: 8228 | 0.00 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC<br>Acct: 6778 | 511.06 | 0.00 | 0.00 | 0.00 |
| DISCOVER BANK(*)<br>Acct: 6586 | 1,933.55 | 16.22 | 0.00 | 16.22 |
| FIRST NATIONAL BANK OF OMAHA(*)<br>Acct: 9156 | 3,118.53 | 26.15 | 0.00 | 26.15 |
| FIRST NATIONAL BANK OF OMAHA(*)<br>Acct: 2739 | 2,943.92 | 24.69 | 0.00 | 24.69 |
| CITIBANK NA**<br>Acct: 4790 | 8,769.19 | 73.53 | 0.00 | 73.53 |
| DEPARTMENT STORES NATIONAL BANK<br>Acct: 6265 | 2,016.94 | 16.91 | 0.00 | 16.91 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>Acct: 7966 | 4,951.29 | 41.52 | 0.00 | 41.52 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>Acct: 5645 | 658.95 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>Acct: 8761 | 2,372.95 | 19.90 | 0.00 | 19.90 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>Acct: 7360 | 671.78 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>Acct: 7858 | 3,520.70 | 29.52 | 0.00 | 29.52 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>Acct: 7925 | 4,337.72 | 36.37 | 0.00 | 36.37 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>Acct: 5238 | 4,486.55 | 37.62 | 0.00 | 37.62 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>Acct: 3715 | 3,588.31 | 30.09 | 0.00 | 30.09 |
| UPMC HEALTH SERVICES<br>Acct: 5902 | 4,011.07 | 33.63 | 0.00 | 33.63 |
| SYNCHRONY BANK<br>Acct: 5645 | 0.00 | 0.00 | 0.00 | 0.00 |
| WEINSTEIN & RILEY PS<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| UPMC<br>Acct: 8243 | 0.00 | 0.00 | 0.00 | 0.00 |
| UPMC<br>Acct: 8262 | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| UPMC  Acct: 8268 | 0.00 | 0.00 | 0.00 | 0.00 |
| UPMC  Acct: 8276 | 0.00 | 0.00 | 0.00 | 0.00 |
| UPMC  Acct: 8293 | 0.00 | 0.00 | 0.00 | 0.00 |
| UPMC PHYSICIAN SERVICES  Acct: 5902 | 302.27 | 0.00 | 0.00 | 0.00 |
| UPMC  Acct: 4853 | 0.00 | 0.00 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION  Acct: 5902 | 326,800.25 | 2,740.28 | 0.00 | 2,740.28 |
| USAA SAVINGS BANK  Acct: 0742 | 0.00 | 0.00 | 0.00 | 0.00 |
| ROBERT LOOKABAUGH  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PHELAN HALLINAN DIAMOND & JONES LLP  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| VERIZON BY AMERICAN INFOSOURCE AS  Acct: 0001 | 705.55 | 0.00 | 0.00 | 0.00 |
| CITIBANK NA**  Acct: 8983 | 21,316.81 | 178.75 | 0.00 | 178.75 |
| BRIAN C NICHOLAS ESQ  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| TOYOTA LEASE TRUST  Acct: 5660 | 11,316.80 | 0.00 | 0.00 | 0.00 |
| | | | | 3,390.87 |

TOTAL PAID TO CREDITORS                                                                46,400.45

TOTAL CLAIMED
PRIORITY            0.00
SECURED        29,347.09
UNSECURED     418.553.36

Date: 03/29/2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com