# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Case No.:** 19-21213 |
| **Robert Lee Lookabaugh, Jr.** | : **Chapter 7** |
| **Candace Lynn Lookabaugh** | : **Judge Gregory L. Taddonio** |
| | : * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| | : |
| **U.S. Bank National Association** | : **Related Document #** |
| **Movant,** | : |
| vs | : |
| | : |
| **Robert Lee Lookabaugh, Jr.** | : |
| **Candace Lynn Lookabaugh** | : |
| | : |
| **Rosemary C. Crawford** | : |
| **Respondents.** | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for U.S. Bank National Association, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

    Respectfully submitted,

    /s/ Stephen R. Franks
    Stephen R. Franks, Esquire (0075345)
    Adam B. Hall (323867)
    Sarah E. Barngrover (323972)
    Edward H. Cahill (0088985)
    Manley Deas Kochalski LLC
    P.O. Box 165028
    Columbus, OH  43216-5028
    Telephone: 614-220-5611
    Fax: 614-627-8181
    Attorneys for Creditor
    The case attorney for this file is Stephen R. Franks.
    Contact email is srfranks@manleydeas.com

21-007496_PS

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 19-21213** |
| **Robert Lee Lookabaugh, Jr.** : | **Chapter 7** |
| **Candace Lynn Lookabaugh** : | **Judge Gregory L. Taddonio** |
| : | * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** : | |
| : | |
| **U.S. Bank National Association** : | **Related Document #** |
| **Movant,** : | |
| vs : | |
| : | |
| **Robert Lee Lookabaugh, Jr.** : | |
| **Candace Lynn Lookabaugh** : | |
| : | |
| **Rosemary C. Crawford** : | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on May 4, 2021.

Service by ECF:
Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Rosemary C. Crawford, Chapter 7 Trustee, crawfordmcdonald@aol.com

Dai Rosenblum, Attorney for Robert Lee Lookabaugh, Jr. and Candace Lynn Lookabaugh, Jody@dairosenblumbankruptcy.com

Service by First-Class Mail:
Robert Lee Lookabaugh, Jr. and Candace Lynn Lookabaugh, 932 Evans City Road, Renfrew, PA  16053

Robert Lee Lookabaugh, Jr. and Candace Lynn Lookabaugh, 932 Evans City Rd, Renfrew, PA  16053

EXECUTED ON: May 4, 2021

By: /s/ Stephen R. Franks
Signature

21-007496_PS

        Stephen R. Franks, Esquire
        Typed Name
        P.O. Box 165028, Columbus, OH 43216-5028
        Address
        614-220-5611
        Phone No.
        0075345
        List Bar I.D. and State of Admission