# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | **Case No.: 19-21213** |
| **Robert Lee Lookabaugh, Jr.** | **Chapter 7** |
| **Candace Lynn Lookabaugh** | **Judge Gregory L. Taddonio** |
| | * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| | |
| **U.S. Bank National Association** | **Date and Time of Hearing** |
| Movant, | **Place of Hearing** |
| vs | **June 10, 2021 at 10:00 a.m.** |
| | |
| **Robert Lee Lookabaugh, Jr.** | |
| **Candace Lynn Lookabaugh** | |
| | |
| **Rosemary C. Crawford** | |
| **Respondents.** | |

## NOTICE OF HEARING AND RESPONSE DEADLINE
## REGARDING MOTION OF U.S. BANK NATIONAL ASSOCIATION FOR RELIEF FROM AUTOMATIC STAY

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than June 3, 2021 (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A **video conference** hearing will be held on June 10, 2021, at 10:00 a.m. before Judge Gregory L. Taddonio. All parties wishing to appear by video conference must register by submitting a video conference registration form via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) no later than **4 p.m. on the business day** prior to a scheduled hearing. All counsel and parties participating by video conference shall comply with Judge

21-007496_EJS1

Taddonio's *Modified Procedures for Remote Participation* (effective October 1, 2020), (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc-appearances.pdf).

      Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service: __05/17/2021_____

/s/Stephen R. Franks

Stephen R. Franks, Esquire (0075345)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Edward H. Cahill (0088985)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Stephen R. Franks.
Contact email is srfranks@manleydeas.com

21-007496_EJS1

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 19-21213** |
| **Robert Lee Lookabaugh, Jr.** : | **Chapter 7** |
| **Candace Lynn Lookabaugh** : | **Judge Gregory L. Taddonio** |
| : | * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** : | * |
| : | |
| **U.S. Bank National Association** : | **Date and Time of Hearing** |
| **Movant,** : | **Place of Hearing** |
| **vs** : | **June 10, 2021 at 10:00 a.m.** |
| : | |
| **Robert Lee Lookabaugh, Jr.** : | |
| **Candace Lynn Lookabaugh** : | |
| : | |
| **Rosemary C. Crawford** : | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE OF NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE REGARDING MOTION FOR RELIEF FROM AUTOMATIC STAY

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) 05/17/2021.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first-class mail and electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: 05/17/2021

By: /s/Stephen R. Franks  
Signature  
Stephen R. Franks, Esquire  
Typed Name

21-007496_EJS1

P.O. Box 165028, Columbus, OH 43216-5028
Address
614-220-5611
Phone No.
0075345
List Bar I.D. and State of Admission

21-007496_EJS1

Stephen R. Franks, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Rosemary C. Crawford, Chapter 7 Trustee, Crawford McDonald, LLC., P.O. Box 355, Allison Park, PA  15101 (notified by ecf)

Dai Rosenblum, Attorney for Debtor, 254 New Castle Road Suite B, Butler, PA  16001-2529 (notified by ecf)

Robert Lee Lookabaugh, Jr. and Candace Lynn Lookabaugh, Debtor, 932 Evans City Road, Renfrew, PA  16053 (notified by regular US Mail)

Robert Lee Lookabaugh, Jr. and Candace Lynn Lookabaugh, Debtor, 932 Evans City Rd, Renfrew, PA  16053 (notified by regular US Mail)

21-007496_EJS1