| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Robert Lee Lookabaugh Jr.** | Social Security number or ITIN | **xxx–xx–2107** |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Candace Lynn Lookabaugh** | Social Security number or ITIN | **xxx–xx–5902** |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number: | **19–21213–GLT** | | |

# Order of Discharge                                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Robert Lee Lookabaugh Jr.                              Candace Lynn Lookabaugh

<u>6/7/21</u>                                                                **By the court:**  <u>Gregory L. Taddonio</u>
                                                                                                    United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Robert Lee Lookabaugh, Jr.  
Candace Lynn Lookabaugh  
    Debtors

Case No. 19-21213-GLT  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: aala      Page 1 of 4  
Date Rcvd: Jun 07, 2021      Form ID: 318      Total Noticed: 58

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert Lee Lookabaugh, Jr., Candace Lynn Lookabaugh, 932 Evans City Road, Renfrew, PA 16053-9228 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| cr | + | USAA Federal Savings Bank, c/o Weinstein & Riley, P.S, 11101 West 120th Ave, Suite 280, Broomfield, CO 80021-2756 |
| 15020264 | + | Butler Medical Center, Agent Cashier 33T, 353 N. Duffy Road, Butler, PA 16001-1138 |
| 15041861 | + | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15065388 | + | CitiMortgage, Inc., c/o Cenlar FSB, Attention: BK Department, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 15020267 | | Collection Service Center Inc., P.O. Box 560, New Kensington, PA 15068-0560 |
| 15020271 | | First Bankcard/Sheetz, P.O. Box 2557, Omaha, NE 68103-2557 |
| 15020274 | + | Kubota Credit Card, 1000 Kubota Drive, Grapevine, TX 76051-2334 |
| 15053812 | + | Kubota Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15044154 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 15053332 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15039024 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 15020286 | + | UPMC, P.O. Box 371472, Pittsburgh, PA 15250-7472 |
| 15064116 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15064150 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15020288 | | US Dept. of Education, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 15049989 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000 Raleigh, NC 27605 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BRCCRAWFORD.COM | Jun 08 2021 03:13:00 | Rosemary C. Crawford, Crawford McDonald, LLC., P.O. Box 355, Allison Park, PA 15101-0355 |
| smg | | EDI: PENNDEPTREV | Jun 08 2021 03:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 08 2021 01:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jun 08 2021 03:13:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 08 2021 01:38:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |

| | | | | |
|---|---|---|---|---|
| cr | | + EDI: RECOVERYCORP.COM | Jun 08 2021 03:13:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | | + EDI: WFFC.COM | Jun 08 2021 03:13:00 | U.S. Bank National Association, P.O. Box 9013, Addison, TX 75001-9013 |
| 15020263 | | EDI: AMEREXPR.COM | Jun 08 2021 03:13:00 | American Express, P.O. Box 981535, El Paso, TX 79998-1535 |
| 15041983 | | EDI: BECKLEE.COM | Jun 08 2021 03:13:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15064947 | + | EDI: CITICORP.COM | Jun 08 2021 03:13:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 15020266 | | EDI: CITICORP.COM | Jun 08 2021 03:13:00 | Citimortgage Inc., P.O. Box 6243, Sioux Falls, SD 57117-6243 |
| 15020268 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 08 2021 00:36:17 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 15020269 | | EDI: DISCOVER.COM | Jun 08 2021 03:13:00 | Discover, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 15020270 | | EDI: DISCOVER.COM | Jun 08 2021 03:13:00 | Discover, P.O. Box 30943, Salt Lake City, UT 84130 |
| 15020275 | | EDI: CITICORP.COM | Jun 08 2021 03:13:00 | Macy's Visa, P.O. Box 8113, Mason, OH 45040-8113 |
| 15065311 | | EDI: Q3G.COM | Jun 08 2021 03:13:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15028007 | | EDI: DISCOVER.COM | Jun 08 2021 03:13:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15034576 | | EDI: FORD.COM | Jun 08 2021 03:13:00 | Ford Motor Credit Company LLC, P. O. Box 62180, Colorado Springs, CO 80962 |
| 15020272 | | EDI: FORD.COM | Jun 08 2021 03:13:00 | Ford Credit, P.O. Box 220564, Pittsburgh, PA 15257-2564 |
| 15020273 | + | EDI: CITICORP.COM | Jun 08 2021 03:13:00 | Home Depot Credit Services, P.O. Box 790328, Saint Louis, MO 63179-0328 |
| 15020265 | | EDI: JPMORGANCHASE | Jun 08 2021 03:13:00 | Chase, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 15061848 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 08 2021 00:36:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15063829 | | EDI: PRA.COM | Jun 08 2021 03:13:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15022795 | + | EDI: RMSC.COM | Jun 08 2021 03:13:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15020277 | + | EDI: RMSC.COM | Jun 08 2021 03:13:00 | Synchrony Bank/Amazon, P.O. Box 965015, Orlando, FL 32896-5015 |
| 15020278 | | EDI: RMSC.COM | Jun 08 2021 03:13:00 | Synchrony Bank/BP, P.O. Box 965015, Orlando, FL 32896-5015 |
| 15020279 | | EDI: RMSC.COM | Jun 08 2021 03:13:00 | Synchrony Bank/Care Credit, P.O. Box 965036, Orlando, FL 32896-5036 |
| 15020280 | | EDI: RMSC.COM | Jun 08 2021 03:13:00 | Synchrony Bank/JC Penney, P.O. Box 965009, Orlando, FL 32896-5009 |
| 15020281 | | EDI: RMSC.COM | Jun 08 2021 03:13:00 | Synchrony Bank/Lowes, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 15020282 | + | EDI: RMSC.COM | | |

| District/off: 0315-2 | User: aala | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 07, 2021 | Form ID: 318 | Total Noticed: 58 |

| | | | | |
|---|---|---|---|---|
| | | | Jun 08 2021 03:13:00 | Synchrony Bank/Lowes, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15020283 | | EDI: RMSC.COM | Jun 08 2021 03:13:00 | Synchrony Bank/Walmart, P.O. Box 965024, Orlando, FL 32896-5024 |
| 15020284 | | EDI: TFSR.COM | Jun 08 2021 03:13:00 | Toyota Financial Services, P.O. Box 4102, Carol Stream, IL 60197-4102 |
| 15163440 | | EDI: BL-BECKET.COM | Jun 08 2021 03:13:00 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15020285 | | EDI: CITICORP.COM | Jun 08 2021 03:13:00 | Tractor Supply/CBNA, P.O. Box 6403, Sioux Falls, SD 57117-6403 |
| 15048861 | | EDI: USBANKARS.COM | Jun 08 2021 03:13:00 | U.S. Bank National Association, c/o U.S. Bank Home Mortgage,, a division of U.S. Bank N.A., 4801 Frederica Street, Owensboro, Kentucky 42301 |
| 15020287 | + | EDI: USBANKARS.COM | Jun 08 2021 03:13:00 | US Bank Home Mortgage, 4801 Frederica Street, Owensboro, KY 42301-7441 |
| 15020289 | + | EDI: USAA.COM | Jun 08 2021 03:13:00 | USAA Federal Savings Bank, P.O. Box 33009, San Antonio, TX 78265-3009 |
| 15061859 | + | Email/Text: bncmail@w-legal.com | Jun 08 2021 01:38:00 | USAA Federal Savings Bank, C/O Weinstein & Riley, PS, 2001 Western Ave,, Suite 400, Seattle, WA 98121-3132 |
| 15020290 | + | EDI: USAA.COM | Jun 08 2021 03:13:00 | USAA Savings Bank, P.O. Box 33009, San Antonio, TX 78265-3009 |
| 15057984 | | EDI: AIS.COM | Jun 08 2021 03:13:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15348594 | | EDI: VERIZONCOMB.COM | Jun 08 2021 03:13:00 | Verizon Wireless, P.O. Box 15124, Albany, NY 12212-5124 |
| 15020291 | | EDI: WFFC.COM | Jun 08 2021 03:13:00 | Wells Fargo Dealer Services, P.O. Box 25341, Santa Ana, CA 92799-5341 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CITIMORTGAGE, INC. |
| cr | | Toyota Lease Trust |
| cr | *+ | U.S. BANK NATIONAL ASSOCIATION, 14841 Dallas Parkway,Suite 425, Dallas, TX 75254-8067 |
| 15020276 | ##+ | Robert Lookabaugh, 7530 Eric Drive, Chattanooga, TN 37421-4102 |

TOTAL: 2 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2021          Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com |
| Dai Rosenblum | on behalf of Plaintiff Candace Lynn Lookabaugh Jody@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com |
| Dai Rosenblum | on behalf of Debtor Robert Lee Lookabaugh Jr. Jody@dairosenblumbankruptcy.com, Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com |
| Dai Rosenblum | on behalf of Joint Debtor Candace Lynn Lookabaugh Jody@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com |
| Keri P. Ebeck | on behalf of Creditor Toyota Lease Trust kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Mario J. Hanyon | on behalf of Creditor CITIMORTGAGE INC. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rosemary C. Crawford | crawfordmcdonald@aol.com PA68@ecfcbis.com |
| Stephen Russell Franks | on behalf of Creditor U.S. Bank National Association amps@manleydeas.com |
| Stephen Russell Franks | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION amps@manleydeas.com |
| Thomas Song | on behalf of Creditor CITIMORTGAGE INC. pawb@fedphe.com |

TOTAL: 11